# Court of Appeals
# of the State of Georgia

ATLANTA,  August 19, 2021

*The Court of Appeals hereby passes the following order:*

## A22D0019. BRENTREZ JARMYKUS MCPHERSON v. THE STATE.

In 2013, Brentrez Jarmykus McPherson pleaded guilty to multiple offenses, including attempted rape. In 2021, he filed a motion for out-of-time appeal, which the trial court denied. McPherson then filed this timely application for discretionary appeal. The trial court's order, however, appears to be directly appealable.

The denial of a motion for out-of-time appeal is directly appealable when the conviction at issue has not been the subject of a direct appeal. See *English v. State*, 307 Ga. App. 544, 545 n.4 (705 SE2d 667) (2010), overruled in part on other grounds by *Collier v. State*, 307 Ga. 363, 378 (834 SE2d 769) (2019); *Lunsford v. State*, 237 Ga. App. 696, 696 (515 SE2d 198) (1999). We will grant a timely filed application for discretionary appeal if the lower court's order is subject to direct appeal. See OCGA § 5-6-35 (j). Accordingly, this application is hereby GRANTED, and McPherson shall have ten days from the date of this order to file a notice of appeal in the trial court. If he has already filed a timely notice of appeal in the trial court, he need not file a second notice. The clerk of the trial court is directed to include a copy of this order in the appeal record transmitted to this Court.



Court of Appeals of the State of Georgia
Clerk's Office, Atlanta,  08/19/2021

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , Clerk.